UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | |
| (1) MARIA ELIZABETH RODRIGUEZ | § | NO:  DR:07-CR-00488(1)-AM |
| | § | |

### ORDER REVOKING SUPERVISED RELEASE
### AND RE-SENTENCING DEFENDANT

On **August 22, 2011**, came on to be heard before the Court, the Government's Amended Petition to Revoke the Defendant's term of supervised release filed on **March 30, 2011**.  The defendant, **(1) MARIA ELIZABETH RODRIGUEZ**, appeared with his attorney **Jesse R. Coronado**, and the government appeared by Assistant United States Attorney, **Erica Giese**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on **August 22, 2011**, that the defendant has violated the terms of supervised release as alleged in the said petition.  Thus, the Government's Amended petition to revoke will be and is hereby **GRANTED**.

Upon oral Motion by the Government to dismiss the original petition to Revoke Supervised Release hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **January 14, 2008**, as set out in the judgment entered on **January 22, 2008**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) MARIA ELIZABETH RODRIGUEZ** be committed to the custody of the U.S. Bureau of Prisons for a term of **TEN (10) months**, on counts 1 and 2 to run concurrently, pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served from **April 15, 2011** forward. Upon release of impriosnment the defendant shall be placed on supervised release for a period of **Three (3) years.** While on supervised release the defendant shall comply with all standard and special conditions previously imposed including abstaining from the use of alcohol.

The Court recommends that the defendant be incarcerated as close to San Antonio, Texas as possible.

SIGNED on this 24th day of August, 2011.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE

## **RETURN**

I have executed this Revocation Order as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal